Angela BENNETT, Movant,

v.

STATE of Missouri, Respondent.

No. 59272.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 25, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 8, 1991.

Application to Transfer Denied
Sept. 10, 1991.

David Hemingway, St. Louis, for movant.

William L. Webster, Atty. Gen., Geoffrey W. Preckshot, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Angela Bennett, pleaded guilty to stealing, a class C felony, and was sentenced as a prior and persistent offender under § 558.016, RSMo, (1986) to a twelve year term of imprisonment, concurrent with a separate five year term.

Movant then brought a Rule 24.035 motion for postconviction relief. She appeals

from the denial of that motion without an evidentiary hearing.

The judgment of the trial court is based on findings of fact that are not clearly erroneous; no error of law appears. A written opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).